Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | |
|---|---|
| **Jeffery William Neal**<br>**Daphne Germana Neal**<br>SSN: XXX-XX-8942<br>SSN: XXX-XX-6585<br><br>Debtor(s) | Case No. 10-35577 RKM<br>Chapter 7 |



**NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
UNITED STATES BANKRUPTCY COURT REGISTRY**

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.  On September 29, 2011, the Court approved the trustee's final report and proposed distribution.

2.  Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 2. | Mountain West Anestheisia c/o Bonnevile Collections | PO Box 150621 Ogden, UT 84415 | $1.41 |
| 3. | Questar Gas Company Bankruptcy/DNR244 | 1140 West 200 South Salt Lake City, UT 84110-3194 | $3.26 |
| 10. | Rocky Mountain Power Co. | PO Box 25308 Salt Lake City, UT 84125 | $2.80 |
| 20. | Mountain Land Collections | PO Box 1280 American Fork, UT 84003 | $3.53 |

3. These funds are on deposit in Bank of America, account number 4438181720.

4. Checks in the amount of One Dollar and Forty-One Cents ($1.41), Three Dollars and Twenty-Six Cents ($3.26), Two Dollars and Eighty Cents ($2.80), and Three Dollars and Fifty-Three Cents ($3.53), representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** September 29, 2011

Woodbury & Kesler, P.C.

*[signature]*

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Jeffery William Neal & Daphne Germana Neal
>P.O. Box 646
>Draper, UT 84020-0646
>
>Marji Hanson
>352 South Denver Street
>Suite 240
>Salt Lake City, UT 84111

*/s/ Renee Christensen*

T:\NealNoticeofPymtSmDividends                                    3

Date: 09/29/11

## DIVIDENDS REMITTED TO THE COURT

Page:

Case Number 10-35577 - Neal, Jeffery William

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **MOUNTAIN WEST ANESTHESIA** c/o Bonneville Collections PO Box 150621 Ogden, UT 84415    Account 1915 | 000002 | 60.24 | 1.41 |
| **Questar Gas Company** Bankruptcy/DNR244 1140 West 200 South PO Box 3194 Salt Lake City, UT 84110-3194    Account 4041984119 | 000003 | 139.23 | 3.26 |
| **Rocky Mountain Power Co.** P.O. Box 25308 Salt Lake City, UT 84125    Account number 8086 | 000010 | 119.46 | 2.80 |
| **Mountain Land Collections, Inc.** P.O. Box 1280 American Fork, UT 84003    Account number 6585/741951; Medical | 000020 | 150.53 | 3.53 |
| ---------- Remittance Total --------------- | | 469.46 | 11.00 |

Elizabeth R. Loveridge, Trustee